AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
TIM LEVON BOUGHNER

)
)
) Case: 1:21-mj-00649
) Assigned To : Faruqui, Zia M.
) Assign. Date : 11/9/2021
) Description: Complaint w/ Arrest Warrant
)

*Defendant*

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   TIM LEVON BOUGHNER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U S C §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury;
18 U S C § 231(a)(3)- Civil Disorder;
18 U S C § 1512(c)(2)- Obstruction of an Official Proceeding;
18 U S C § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U S C § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U S C § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U S C § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U S C § 5104(e)(2)(E)- Impeding Passage Through the Capitol Grounds or Buildings;
40 U S C § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings

Date:   11/10/2021

Zia M. Faruqui
2021.11.10 16:53:06
-05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 11/10/2021, and the person was arrested on *(date)* 12/7/2021 at *(city and state)* Athens, MI. <br><br> Date: 12/7/2021 <br><br> *Arresting officer's signature* <br><br> Adam |