UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 21-mj-649 |
| : | |
| TIM LEVON BOUGHNER, : | |
| : | |
| Defendant. : | |

**GOVERNMENT'S NOTICE OF FILING OF EXHIBITS PURSUANT
TO LOCAL CRIMINAL RULE 49**

The United States hereby gives notice, pursuant to Local Criminal Rule 49, of the following exhibits that were provided to the Court and all counsel in relation to Government's Motion in Support of Pretrial Detention (ECF No. 9). The exhibits are as follows:

1.      Government Exhibits 1 and 2 – These videos have been provided to the Court and counsel for Defendant via USAfx. Government Exhibits 1 and 2 are recordings from law enforcement body-worn camera from January 6, 2021. The video recordings are approximately 1 minute and 55 seconds and 1 minute and 40 seconds in length respectively. The events depicted in Exhibits 1 and 2 occurred on January 6, 2021.

2. Government Exhibit 3 - This video was provided to the Court and opposing counsel via USAfx. It is open-source video. It is approximately 2 minutes and 19 seconds. The events depicted in Exhibit 3 occurred on January 6, 2021.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY

By:  /s/ *Mitra Jafary-Hariri*
MITRA JAFARY-HARIRI
Assistant United States Attorney, Detailee
MI Bar No. P74460
211 W. Fort Street, Suite 2001
Detroit, MI 48226
mitra.jafary-hariri@usdoj.gov, (313) 226-9632

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused the parties or counsel of record to be served by electronic means, as reflected on the Notice of Electronic Filing, and other methods of service as indicated therein on December 19, 2021

s/Mitra Jafary-Hariri
Mitra Jafary-Hariri
Assistant United States Attorney