UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br>TIM LEVON BOUGHNER,<br>　　　　　　Defendant | Case No. 21-mj-649 |

## ORDER

In the interest of justice, it is hereby

**ORDERED** that the United States Marshals Service **STAY** Defendant's removal to the District of Columbia pending the resolution of Defendant's scheduled Detention Hearing before Magistrate Judge Faruqui. Defendant must remain at the detention facility he is currently housed at until the Detention Hearing is complete or until the Court orders otherwise.

**SO ORDERED.**

_____
THE HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE